IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISABEL TUBACH, | ) | 1:05-CV-00605-AWI-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| | ) | **OR** FILING FEE |
| vs. | ) | |
| DEBRA JAQUEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $150.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

     1. The Clerk's Office shall send to plaintiff the form for application to proceed in

1

forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $150.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   May 26, 2005**                                    **/s/ Sandra M. Snyder**
b6edp0                                                        UNITED STATES MAGISTRATE JUDGE